# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BREWER,<br><br>                Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden,<br><br>                Respondent. | Case No. CV 15-8759 (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Granting Respondent's Motion to Dismiss the Petition filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 3/23/2016

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE